UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE WASHINGTON,

    Plaintiff,

Case No. 15-10369

Honorable John Corbett O'Meara

v.

TOWERS WATSON DELAWARE, INC.,

    Defendant.

_____/

### ORDER OF PARTIAL DISMISSAL

Plaintiff Yvonne Washington filed a complaint in this case, alleging causes of action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e; and Michigan's Elliott-Larsen Civil Rights Act, Mich. Comp. Laws Ann. § 37.2101.  Although Plaintiff's causes of action arising under federal law are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law.  There is no allegation that the parties to this action are diverse under 28 U.S.C. § 1332, and the court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion.  See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).  Therefore, it is hereby **ORDERED** that the portions of the complaint alleging violations of Michigan's Elliott-Larsen Civil Rights Act are **DISMISSED.**

                                    s/John Corbett O'Meara
                                    United States District Judge

Date:  February 27, 2015

  I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 27, 2015, using the ECF system.

            s/William Barkholz
            Case Manager